APRIL 11, 1960

**No. 64082.**—SUIT 4995.—United States *v.* Baron Tube Co. and John S. James.—

C.D. 2059 reversed January 6, 1960.   C.A.D. 730.